1 Peter Strojnik
7847 North Central Ave.
2 Phoenix, Arizona 85020
3 602-524-6602
ps@strojnik.com
4



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Peter Strojnik, | Case No.: 1:22-cv-00682-JLT-BAK (SAB) |
|---|---|
| Plaintiff, | **Plaintiff's Objection to Magistrate's Findings and Recommendations, Dkt. at 5** |
| vs. | |
| Panera Bread Company | |
| Defendant. | |

Magistrate Stanley A. Boone was tasked with the simple algebraic job of determining whether Plaintiff is entitled to proceed without paying the filing fee. This was not a difficult task. This task required the Magistrate to review of the Application, Dkt. at 3, and determine whether Plaintiff's monthly social security income of $1,249.30 is sufficient to pay $15,000 in prior court ordered spousal maintenance obligation, plus $7,589.00 for room and board plus $811.70 for a car lease.

A resolution of this task required no more than 18 lines of print. *See e.g.,* Order Granting Plaintiff's Application to Proceed Without Prepayment of Fees and Costs in *Strojnik v. Ross Stores, Inc.* (E.D. Cal. 1:22-cv-00533-DAD-BA) at Dkt. 7, Exhibit 1 here.

Instead of conducting this simple task of adding and subtracting, the Magistrate embarked on an exuberant 23 page (not a 23 *line*, but a 23 *page*) attempt at Plaintiff's biography. Most of the 23 pages are completely disconnected from the absolutism of numbers and figures.

The magistrate must stay in his assigned lane. The presentation of Plaintiff's biography is not only factually false and defamatory, but also evidentiarily irrelevant and

1  immaterial. As such, it tends to lessen the dignity of the Court in the eyes of the public it
2  serves.
3      RESPECTFULLY SUBMITTED this July 2, 2022.
4  
5      Peter Strojnik

# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> ROSS STORES, INC., *et al.*, <br><br> Defendants. | Case No. 1:22-cv-00533-DAD-BAK <br><br> **ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** <br><br> (Doc. 6) |

Plaintiff Peter Strojnik, Sr., ("Plaintiff"), proceeding pro se, filed this action on May 4, 2022. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) On May 4, 2022, Plaintiff field a motion to proceed in forma pauperis. (Doc. 2.) On May 6, 2022, the Court ordered Plaintiff file an application to proceed in District Court without prepayment of fees or costs (Long Form) because Plaintiff's application was unclear as to Plaintiff's debts and obligations. (Doc. 5.) Currently before the Court is Plaintiff's Long Form motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 6.) Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

1

malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no summons will issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: May 18, 2022

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE